**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02442-LTB-BNB

CHRISTOPHER TODD CHRISTNER,

        Plaintiff,

vs.

UNION PACIFIC RAILROAD,

        Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Without Prejudice (Doc 6 - filed February 1, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              LEWIS T. BABCOCK, Chief Judge

DATED:   February 2, 2006